IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

NATALIE MATTHEWS and                                                    PLAINTIFFS
NICK MATTHEWS

v.                          NO. 4:16CV00253 JLH

HILTON INTERNATIONAL OF
PUERTO RICO, INC., d/b/a
Hotel Caribe Hilton; and
HILTON WORLDWIDE, INC.                                                  DEFENDANTS

## JUDGMENT

Pursuant to the Order entered separately today, this action is dismissed without prejudice.

IT IS SO ORDERED this 2nd day of May, 2017.

                                                            _____
                                                            J. LEON HOLMES
                                                            UNITED STATES DISTRICT JUDGE